UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGARDO L. PEREZ-DE LEON,

                Plaintiff,

                                Case No. 12-CV-14577

vs.

                                HON. GEORGE CARAM STEEH

BROOKE SHARRAD,

                Defendant.

_____/

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION FOR SUMMARY JUDGMENT (DOC. # 13),
DENYING AS MOOT MOTION FOR WAIVER OF FEES (DOC. # 12),
AND STRIKING AMENDED COMPLAINT AND JURY DEMAND (DOC. # 11)

      Plaintiff has moved for a 60 day extension of time to file his response to

defendant's pending motion for summary judgment, citing a requirement for additional

time for research and to prepare his response.  Plaintiff has also moved for "waiver of

fees," but cites no court fees he is required to pay in this case that was removed from

Oakland County Circuit Court, and the court is aware of none.  Finally, although

defendant's answer to the complaint was filed in October 2012, plaintiff has now filed an

"amended complaint and jury demand," without first seeking leave of court or giving

defendant an opportunity to respond to a request.  See Fed. R. Civ. P. 15(a).

      Accordingly, plaintiff's motion for an extension of time in which to file his

response to the motion for summary judgment is hereby **GRANTED**.  Plaintiff may file

his response on or before **August 5, 2012**.  A reply may be filed in accordance with

applicable rules.  The waiver of fees request, which does not identify any court fees

-1-

plaintiff is required to pay, is **DENIED AS MOOT**.  Finally, plaintiff's amended complaint

is hereby **STRICKEN** for failure to first seek leave of court.  If desired, plaintiff may seek

leave to amend by way of separate request, allowing defendant to respond, prior to or in

conjunction with the briefing on the motion for summary judgment.

**IT IS SO ORDERED**.

Dated:  June 10, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 10, 2013, by electronic and/or ordinary mail and also on
Edgardo L. Perez-De Leon, 7109 Pebble Park Drive,
West Bloomfield, MI 48322.

s/Barbara Radke
Deputy Clerk

---