UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDGARDO L. PEREZ-DE LEON,

        Plaintiff,

vs.

BROOKE SHARRAD,

        Defendant.

_____/

Case No. 12-CV-14577

HON. GEORGE CARAM STEEH

<u>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DOC. # 21)
AND DENYING DEFENDANT'S MOTION FOR SANCTIONS (DOC. # 22)</u>

The court has entered summary judgment for defendant in this case, stemming from the arrest and ticketing of plaintiff for shoplifting. Plaintiff, proceeding *pro se*, has filed a motion for reconsideration of the court's ruling.

A motion for reconsideration shall be granted only if the movant "demonstrate[s] a palpable defect by which the court and the parties...have been misled," and "show[s] that correcting the defect will result in a different disposition of the case." E.D. Mich. LR 7.1(h)(3). Because no palpable defect has been demonstrated by the plaintiff, the court hereby **DENIES** the motion.

Defendant has filed a motion for sanctions, requesting that the court order plaintiff to pay defendant all costs and attorney fees incurred in defending this action and to seek prior permission and post a security bond before filing further actions against West Bloomfield Township and/or its employees or officials in this court. The court notes that West Bloomfield Township was not named in this action, and it appears to be the first

action filed by plaintiff against this defendant.  The court will **DENY** defendant's motion. However, a cursory Electronic Court Filing search reveals the filing of six complaints by plaintiff in this court over the past 13 years.  Because it does appear to the court that plaintiff may be a serial litigant, plaintiff is hereby warned that he may face sanctions such as those requested by defendant if he pursues future frivolous actions in the Eastern District of Michigan.

**IT IS SO ORDERED**.

Dated:  February 20, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 20, 2014, by electronic and/or ordinary mail
and also on Edgardo L. Perez-De Leon,
7109 Pebble Park Drive, West Bloomfield, MI 48322 .

s/Barbara Radke
Deputy Clerk